UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

           Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

           Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff is directed to respond to Defendant's letter (ECF No. 19) by **Friday, December 13, 2019**. Failure to respond may lead the Court to set a briefing schedule for Defendant's anticipated motion for dismissal for failure to prosecute.

Dated:     New York, New York
           December 9, 2019

                                        SO ORDERED

                                        */s/ Sarah L. Cave*
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**