UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

                Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, January 7, 2020 at 4:30 pm** regarding Defendant's request for a discovery conference before the undersigned (ECF No. 19).

At the above date and time, Defendant's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated:     New York, New York
            December 16, 2019

                                        SO ORDERED

                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**