UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

                Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Friday, March 13, 2020 at 3:30 pm** regarding Defendant's Letter-Motion to compel discovery. (ECF No. 32). Plaintiff did not file a timely opposition as required by Section II.C.3 of the Court's Individual Practices in Civil Cases, but must still be prepared to fully discuss the matters presented in Defendant's Letter-Motion.

At the above date and time, Defendant's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated:    New York, New York
             March 3, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**