UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

                      Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

                      Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, March 13, 2020, regarding Defendant's Letter-Motion for a conference seeking leave to file a motion to compel discovery, for sanctions, and for attorney's fees. (ECF No. 32). Defendant's request for leave to file a motion to compel is DENIED, and its request for leave to file a motion for sanctions and attorney's fees is DENIED without prejudice.

By **close of business on Tuesday, March 17, 2020**, Plaintiff is ORDERED as follows:

1. <u>Health care providers and authorizations</u>: Plaintiff is ordered to produce a list of all health care providers from 2005 to the present along with authorizations unlimited in time or scope for any health care providers not previously given.

2. <u>Social Media</u>: Plaintiff is ordered to respond to written discovery demands regarding her social media accounts and verify her response.

3. <u>Felony History</u>: Plaintiff is ordered to respond to Defendant's Interrogatory No. 2 regarding her felony history and verify her response.

4. <u>Prior Injuries</u>:

a. Plaintiff is ordered to produce documents, including the bill of particulars, related to her 2014 injury.

   b. Plaintiff is ordered produce "Exhibit B" she alleges was annexed to her Response to Defendant's Interrogatory No. 11.

   c. Plaintiff is ordered to provide to Defendant authorization to obtain documents from Bragoli & Associates related to her 2008 injury.

5. <u>Other Personal Injury Legal Claims</u>:  Plaintiff is ordered to respond to Defendant's Interrogatory No. 14 and verify her response.

6. <u>Driver's License</u>:  Plaintiff is ordered to produce a facsimile copy of her driver's license and bring her license for copying to her anticipated deposition.

7. <u>Computation of Damages</u>:

   a. Plaintiff is ordered to produce a computation of damages, including categories for bills that are yet to be verified by Medicare.

   b. Plaintiff is ordered to produce a Medicare authorization and the Medicare preliminary determination letter that lists the amount currently owed as $0.00.

Defendant may depose Plaintiff regarding her health care providers and hold a second deposition based on discovery unearthed from the deposition.

By **Friday, March 20, 2020**, Defendant is directed to file a status letter stating (1) whether it received all of the discovery specified in this Order; (2) whether it intends to proceed with its motion for sanctions and attorney's fees; and (3) whether an it requests an extension of the fact discovery deadline.

The Clerk of Court is respectfully directed to close ECF No. 32.

Dated: New York, New York
March 13, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**