UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

                Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff is ORDERED to provide an itemized response to Defendant's letter (ECF No. 38), via ECF, by **Friday, March 27, 2020**, responding to all outstanding discovery in the order in which presented.

Defendant's request to reserve its rights regarding its anticipated motion for sanctions and attorneys' fees is GRANTED. Given Plaintiff's continued failure to comply with the Court's orders or her discovery obligations, Defendant may file a comprehensive motion for sanctions and attorneys' fees at the close of discovery.

Defendant's request to extend the discovery deadline is GRANTED IN PART AND DENIED IN PART. The discovery deadline is adjourned to **Monday, May 25, 2020**.

The Settlement Conference scheduled for May 1, 2020 is adjourned sine die.

Dated: New York, New York
March 24, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**