UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

              Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

              Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, April 14, 2020 at 10:00 am** regarding the discovery issues raised in Defendant's letter (ECF No. 38). The parties must be prepared to fully discuss the matters presented in Defendant's letter and Plaintiff's response (ECF No. 40).

At the above date and time, the parties are directed to call the Court's conference line at 866-390-1828, access code 3809799. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated:     New York, New York
             March 30, 2020

                                            SO ORDERED

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**