UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

        Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

        Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At ECF No. 40, Plaintiff references four attached exhibits which she failed to attach.

Plaintiff is directed to file all four exhibits by **close of business tomorrow, Friday, April 10, 2020**.

Dated:    New York, New York
            April 9, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**