UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

                Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, April 14, 2020, regarding Defendant's remaining issues with Plaintiff's document production and Defendant's anticipated motion for sanctions and attorney's fees. (ECF No. 38). Defendant's counsel confirmed that most of the discovery matters have been resolved through Plaintiff's filings (ECF Nos. 40, 44) and conversations with Plaintiff's counsel.

The parties are ordered to continue working together to complete fact discovery using Plaintiff's medical authorizations and documents retrieved from Bragoli & Associates. All fact discovery, including Plaintiff's deposition, must be completed by the fact discovery deadline of Friday, May 25, 2020. The parties are directed to file a joint status report by **Monday, May 18, 2020** stating whether additional time is needed to complete fact discovery. If, at the close of fact discovery, Defendant wishes to pursue a motion for sanctions and attorney's fees, it must first file a letter-motion in accordance with the Court's Individual Practices in Civil Cases.

Attorney Brian Murtha's is directed to contact the ECF Help Desk at 212-805-0800 to finalize his notice of appearance in this case. (See ECF Nos. 14, 41).

Dated: New York, New York
April 14, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge