UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

                    Plaintiff,

    against

                                                    CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

J.C. PENNEY CORPORATION, INC.,                      **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    Plaintiff is ordered to file a response to Defendant's Notice of Suggestion on Pendency of

Bankruptcy for J.C. Penney Company, Inc., <u>et</u> <u>al.</u> and Automatic Stay of Proceedings (ECF No. 48)

by **Monday, June 1, 2020**.


Dated:        New York, New York
              May 27, 2020


                                        SO ORDERED


                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**