UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA MCDONALD,<br><br>                    Plaintiff,<br><br>  against<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>                    Defendant. | CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)<br><br>**TELEPHONE CONFERENCE**<br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, June 25, 2020, regarding Defendant's Notice of Suggestion on Pendency of Bankruptcy for J.C. Penney Company, Inc., et al. and Automatic Stay of Proceedings.  (ECF No. 48).  This case is stayed and all deadlines terminated, pending completion of Defendant's bankruptcy proceeding.  Defendant is directed to file a status report by **Friday, September 25, 2020**.

Dated:      New York, New York
            June 25, 2020

                                                                SO ORDERED

                                                                _____
                                                                SARAH L. CAVE
                                                                **United States Magistrate Judge**