UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

              Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

              Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 25, 2020, the Court ordered the parties to file a joint status report regarding Defendant's bankruptcy proceeding by September 25, 2020. (ECF No. 52). The parties failed to do so. The parties are ORDERED to file a joint letter regarding their failure and the status of the bankruptcy by **Friday, October 2, 2020**.

Dated:    New York, New York
           September 28, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**