UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

                Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 5, 2020, the Court directed the parties to file a joint letter concerning the status of bankruptcy by January 4, 2021 (the "Letter"). To date, the parties have failed to submit the Letter. Accordingly, the parties are directed to submit the Letter by **Friday, July 8, 2022**.

Dated:     New York, New York
             June 27, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**