UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

                Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 27, 2022, the Court directed the parties to file a joint letter concerning the status of bankruptcy by Friday, July 8, 2022 (the "Letter"). (ECF No. 56). To date, the parties have failed to submit the Letter. Accordingly, the parties are directed to submit the Letter by **Friday, July 15, 2022**.

The parties are warned that failure to submit the Letter constitutes violation of a Court Order, and may result in the award of sanctions or dismissal of this matter for failure to prosecute. See Fed. R. Civ. P. 37, 41.

Dated:      New York, New York
             July 11, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**